AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

FILED — RECEIVED
ENTERED — SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 13 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| In re DMCA Subpoena to FC2, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) 17-MS-111 |
| | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: FC2, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All information sufficient to identify each of the infringers (the "Infringers"), each of whom is identified under the columns entitled as "Nickname of Submitter" and "Submitter of Infringing Work" respectively, corresponding to each of the Infringing Work, as specified in Exhibit A to the notice dated November 21, 2017, attached to this subpoena, from any and all sources, including but not limited to billing or administrative records that prove the following information used by each of the Infringers, along with time-stamp, from the time of user registration and to date: the name(s); the last known address(es); last known telepione number(s); any and all email address(es); and any and all logs of IP address(es).

| Place: WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144 | Date and Time:<br>12/27/2017 @ 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/13/17

CLERK OF COURT
RUSSELL TANKER

OR

_____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* h.m.p. Co., Ltd. _____, who issues or requests this subpoena, are:
Ryan Gile, Esq.; WEIDE & MILLER, LTD., 10655 Park Run Drive, Suite 100, Las Vegas, NV 89144; RGile@weidemiller.com; (702) 382-4804

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).